**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fortis Exploration LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4610997** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **24900 Pitkin Road** <br> **#145** <br> **Spring, TX 77386** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Montgomery** <br> County | **Location of principal assets, if different from principal place of business** <br> **24900 Pitkin Road** <br> **#145 Spring, TX 77386** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Fortis Exploration LLC**

Name _____

Case number (*if known*) _____

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

12/08/20  9:41AM

| Debtor | **Fortis Exploration LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
            Contact name _____
            Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Fortis Exploration LLC**
Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  8, 2020**
MM / DD / YYYY

**X /s/ Ronnie Montgomery II**
Signature of authorized representative of debtor

**Ronnie Montgomery II**
Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X /s/ Joseph P. Cannon**
Signature of attorney for debtor

Date   **December  8, 2020**
MM / DD / YYYY

**Joseph P. Cannon**
Printed name

**Joseph P. Cannon, Attorney At Law**
Firm name

**6614 Barronton Drive
Ste. 100
Spring, TX 77389**
Number, Street, City, State & ZIP Code

Contact phone   **713-960-0777**      Email address   **JPCATTYLAW@comcast.net**

**03748100 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Fortis Exploration LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __December  8, 2020__        X **/s/ Ronnie Montgomery II**
                                            Signature of individual signing on behalf of debtor

                                            **Ronnie Montgomery II**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

12/08/20  9:41AM

**Fill in this information to identify the case:**

Debtor name **Fortis Exploration LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................   $ _____ **505.81**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................   $ _____ **505.81**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____ **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____ **12,689,989.57**

4.  **Total liabilities** .............................................................................................................................
    Lines 2 + 3a + 3b                                                                                         $ _____ **12,689,989.57**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Fortis Exploration LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Allegiance Bank | Checking | 7889 | $505.81 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $505.81 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Fortis Exploration LLC**                                                    Case number *(If known)* _____
         Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

12/08/20  9:41AM

Debtor    **Fortis Exploration LLC**                              Case number *(If known)*  _____
                Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $505.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $505.81 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $505.81 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

12/08/20 9:41AM

**Fill in this information to identify the case:**

Debtor name   **Fortis Exploration LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fortis Exploration LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Alexis Lacaze**<br>**20503 Rosespring Lane**<br>**Spring, TX 77379**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Andrew & Kathryn Benoit**<br>**1919 Walnut Green Drive**<br>**Houston, TX 77062**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Andrew Benoit IRA**<br>**1919 Walnut Green Drive**<br>**Houston, TX 77062**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Anthony & Denise Bielamowicz**<br>**18902 Chickadee Lane**<br>**Tomball, TX 77377**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |

Debtor  **Fortis Exploration LLC**

Name

Case number (if known)

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Barbara Maidenberg**
**2131 Cobblestone Ct.**
**Sugar Land, TX 77479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Bill Dahl**
**2415 Meadow Tree Lane**
**Spring, TX 77388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Carl Mitchell**
**10000 Memorial Drive**
**Ste. 650**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800,000.00 |
|---|---|---|---|

**Cedar Hollow LP**
**2416 W. Tuschman**
**Pearland, TX 77581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Charles Swanson**
**7325 S. Platte River Pkwy**
**#202**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Charles Thomas IRA**
**7610 Allegro Ct.**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Cheryll & Larry McGuire**
**2255 Eldridge Pkwy**
**Apt. 1613**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Fortis Exploration LLC**
           Name
                                                         Case number (if known)

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**David Cook**
**927 Poydras St.**
**Sugar Land, TX 77498**

As of the petition filing date, the claim is: *Check all that apply.*     **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**David Senger**
**333 Dominion Drive**
**#613**
**Katy, TX 77450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**David Senger IRA**
**333 Dominion Drive**
**#613**
**Katy, TX 77450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400,000.00** |

**Dennis Don**
**2510 Bay Winds Court**
**Houston, TX 77059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Elder Legacy Trust-George Patrick Elder**
**8700 Modesto Ave. NE**
**Albuquerque, NM 87122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Elder Legacy Trust-Kathleen Elder**
**10806 McClearen**
**Houston, TX 77096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Elder Living Trust**
**Elder Legacy Trust KAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor　**Fortis Exploration LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** |

**Eugene Mailloux IRA**
**2327 Contry Club Blvd.**
**Sugar Land, TX 77478**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Note__

Is the claim subject to offset? ■ No  ☐ Yes

**$300,000.00**

---

| | |
|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** |

**Forza**
**24900 Pitkin Road**
**#145**
**Spring, TX 77386**

Date(s) debt was incurred __1-10-18__

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Note__

Is the claim subject to offset? ■ No  ☐ Yes

**$42,489.57**

---

| | |
|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** |

**George & Linda Miller**
**124 Timber Top Drive**
**The Woodlands, TX 77360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Note__

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** |

**Gray-Monroe Investments**
**C/O Mark & Mindy Stephenson**
**531 Ramblewood Road**
**Houston, TX 77079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Note__

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

| | |
|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** |

**Jack Bogle**
**2142 Stagecoach Drive**
**Canyon Lake, TX 78133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Note__

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| | |
|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** |

**Jack Jennings**
**3323 Cumberland**
**Missouri City, TX 77459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Note__

Is the claim subject to offset? ■ No  ☐ Yes

**$200,000.00**

---

| | |
|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** |

**Jack Roosa IRA**
**14611 Wisteria Hollow Lane**
**Houston, TX 77062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Note__

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

| Debtor | **Fortis Exploration LLC** | Case number (if known) | |
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
| | **James Chennault** | ☐ Contingent | |
| | **17419 Mareton Lane** | ☐ Unliquidated | |
| | **Spring, TX 77379** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
| | **James Strickler** | ☐ Contingent | |
| | **18303 Champion Forest Drive** | ☐ Unliquidated | |
| | **Spring, TX 77379** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
| | **Jens Lobusch** | ☐ Contingent | |
| | **4030 Pecan Lane** | ☐ Unliquidated | |
| | **Kingwood, TX 77345** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
| | **Jerry & Patricia Unrau** | ☐ Contingent | |
| | **18618 Candelchase Drive** | ☐ Unliquidated | |
| | **Spring, TX 77388** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
| | **Joe & Lana Brown** | ☐ Contingent | |
| | **3549 FM1781** | ☐ Unliquidated | |
| | **Rockport, TX 78382** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
| | **Joe Gephart** | ☐ Contingent | |
| | **1507 Windsor Drive** | ☐ Unliquidated | |
| | **Friendswood, TX 77546** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
| | **John & Barbara Cohen** | ☐ Contingent | |
| | **18206 Knotty Green Drive** | ☐ Unliquidated | |
| | **Houston, TX 77084** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Fortis Exploration LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**John Alkire**
**2210 Butler**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**John Guidroz IRA (Fidelity)**
**221 Twin Lake**
**Rosenberg, TX 77471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**John Hopkins**
**907 Caswell Court**
**Katy, TX 77450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Karl & Carol Schmidt**
**10547 Tall Oaks Ct.**
**Roscommon, MI 48653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Karl F. Schmidt**
**10547 Tall Oaks Ct.**
**Roscommon, MI 48653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Karolyn Gephart**
**1507 Windsor Drive**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**KSBJ Oil & Gas, Inc.**
**24900 Pitkin Road**
**Ste. 145**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Fortis Exploration LLC**                                    Case number (if known) _____
          Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Larry & Denise Williams**
**12103 Beinhorn**
**Houston, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Lee James**
**17718 Forest Park Lane**
**Spring, TX 77379-8761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Louis Ware**
**4631 FM389**
**Brenham, TX 77833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**Mailloux Family Trust**
**C/O Eugene Mailloux**
**2327 Country Club Blvd.**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Mark Cochran**
**7 Riverway**
**#2104**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350,000.00 |
|---|---|---|---|

**Marvin & Sharon Strickland**
**7603 Pecan Lake Circle**
**Richmond, TX 77469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Mary Ann Wibner**
**2687 Edgegrove**
**Canyon Lake, TX 78133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Fortis Exploration LLC** |
| | Name |

Case number (if known) _____

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Mary Kinsey**
**15895 County Road 4191**
**Lindale, TX 75771-7714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Michael & Gillian Davis**
**4934 Williams Court Lane**
**Houston, TX 77081-2101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Michael & Melanie Galie**
**20 Hannah Brook Waye**
**#11**
**Marshfield, MA 02050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Michael Pasek**
**506 Gulf Shore Drive**
**#604**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350,000.00** |
|---|---|---|---|

**Nicklaus Tiger LP**
**C/O Eugene Mailloux**
**2327 Country Club Blvd.**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Paul L. Sventek**
**1333 Eldridge Pkwy**
**#313**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Phillip Mori**
**32826 Green Bend Ct.**
**Magnolia, TX 77354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fortis Exploration LLC**
_____   Case number (if known) _____

Name

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|------|----|----|----|

**Rachelle Goebel**
**1533 Perfection Drive**
**Montgomery, TX 77316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|------|----|----|----|

**Randy Shoff IRA**
**9904 Soriano St.**
**Denton, TX 76207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|------|----|----|----|

**Randy Shoff IRA**
**9904 Soriano St.**
**Denton, TX 76207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|------|----|----|----|

**Rodney Roberts**
**9827 McMahon Ct.**
**Missouri City, TX 77459-6399**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|------|----|----|----|

**Rodney Schott**
**20145 Bandera Road**
**Helotes, TX 78023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|------|----|----|----|

**Roger Hall**
**8324 Winninghan**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|------|----|----|----|

**Ron Shearer**
**172 Hermitage Drive**
**Montgomery, TX 77356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Note__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fortis Exploration LLC**
_____
Name                                                Case number (if known) _____

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Ronald Sachs**
**4929 Valerie St.**
**Bellaire, TX 77401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Ronald Sachs**
**4929 Valerie St.**
**Bellaire, TX 77401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Ronnie Montgomery II**
**24900 Pitkin Road**
**#145**
**Spring, TX 77386**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Ronnie Montgomery II**
**24900 Pitkin Rd.**
**#145**
**Spring, TX 77386**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Ronnie Montgomery II**
**24900 Pitkin Rd.**
**#145**
**Spring, TX 77386**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Scarlett Revocable Trust**
**9610 Windrush Drive**
**Houston, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**Scott & Sylvia Hawkins**
**1426 Stone Trail Lane**
**Sugar Land, TX 77479**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fortis Exploration LLC**

Name

Case number *(if known)*

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Shirish & Prabha Desai**
**14306 Jaubert Ct.**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Sid & Jaquelyn Champagne**
**36715 Deer Valley**
**Magnolia, TX 77355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**SL Reynolds**
**1515 Lakeville Drive**
**Ste. A**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**STA Wealth Management, LLC**
**One City Center**
**800 Town & Country Blvd.**
**Ste. 410**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Steven Ege**
**2734 Whispering Fern**
**Kingwood, TX 77345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Steven Susaneck IRA**
**2303 Glen Lakes**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950,000.00** |
|---|---|---|---|

**Streettalk Premier Fund**
**One City Center**
**800 Town & Country Blvd.**
**Ste. 410**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fortis Exploration LLC**
_____
Name

Case number (if known) _____

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Susan Bogle**
**2142 Stagecoach Drive**
**Canyon Lake, TX 78133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**The Crossbow**
**2142 Stagecoach Drive**
**Canyon Lake, TX 78133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Thomas Odom**
**5509 Aspen St.**
**Houston, TX 77081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000,000.00** |
|---|---|---|---|

**Thomas, Mackenzie & Roberts**
**One City Center**
**800 Town & Country Blvd.**
**Ste. 410**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Tre T. & Carla Banks**
**7127 Hartland**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Vernon Harris**
**2614 Mockingbird Meadows Ct.**
**Spring, TX 77389**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Waters Davis**
**8 Powderhorn**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fortis Exploration LLC** | | Case number *(if known)* | |
|--------|------------|--|---------------|--|
| | Name | | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|------|--|--|--|

**Wayne Blosat & V. Juarez**
**306 W. Drew St.**
**Houston, TX 77006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Note**_

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|--|--|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--|--|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|--|--|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|--|--|--|--|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **12,689,989.57** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | **12,689,989.57** |

12/08/20  9:41AM

**Fill in this information to identify the case:**

Debtor name    **Fortis Exploration LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

12/08/20  9:41AM

**Fill in this information to identify the case:**

Debtor name **Fortis Exploration LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ | _____ | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    Zip Code | | |
| 2.2 | _____ | Street _____ | _____ | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    Zip Code | | |
| 2.3 | _____ | Street _____ | _____ | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    Zip Code | | |
| 2.4 | _____ | Street _____ | _____ | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    Zip Code | | |

---

**Fill in this information to identify the case:**

Debtor name   **Fortis Exploration LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an
amended filing

---

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Fortis Exploration LLC**                                                          Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

12/08/20  9:41AM

Debtor   **Fortis Exploration LLC**                                    Case number *(if known)*  _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Joseph P. Cannon<br>Attorney at Law<br>6614 Barronton Drive<br>Ste. 100<br>Spring, TX 77389** | | **1-23-2018** | **$5,500.00** |
| **Email or website address<br>jpcattylaw@comcast.net** | | | |
| **Who made the payment, if not debtor?<br>Company** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any payments or transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   **24900 Pitkin Road<br>#145<br>Spring, TX 77386** | **1-1-2017 to present** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Fortis Exploration LLC** _____    Case number *(if known)* _____

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

12/08/20  9:41AM

| Debtor | **Fortis Exploration LLC** | | Case number *(if known)* | |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| **Part 12:** | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

---

12/08/20 9:41AM

Debtor   **Fortis Exploration LLC**                                                           Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Jim Smith**<br>**24900 Pitkin Road**<br>**#145**<br>**Spring, TX 77389** | **1-1-2015 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Jim Smith**<br>**24900 Pitkin Road**<br>**#145**<br>**Spring, TX 77386** | **1-1-2015 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Jim Smith**<br>**24900 Pitkin Road**<br>**#145**<br>**Spring, TX 77389** | **1-1-2015 to present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ronnie Montgomery II** | **24900 Pitkin Road**<br>**#145**<br>**Spring, TX 77386** | **Managing Memeber** | **75%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gary Lee, Jr.** | **24900 Pitkin Rd.**<br>**#145**<br>**Spring, TX 77386** | | **25%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Fortis Exploration LLC**                                          Case number *(if known)*

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December  8, 2020__

__/s/ Ronnie Montgomery II__                        __Ronnie Montgomery II__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    __Managing Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

12/08/20  9:41AM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

In re **Fortis Exploration LLC**

Case No.

Debtor(s)

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,500.00 |
| Prior to the filing of this statement I have received | $ | 5,500.00 |
| Balance Due | $ | 0.00 |

2.  $ **495.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  8, 2020**

*Date*

/s/ Joseph P. Cannon

**Joseph P. Cannon**

*Signature of Attorney*

**Joseph P. Cannon, Attorney At Law**
**6614 Barronton Drive**
**Ste. 100**
**Spring, TX 77389**
**713-960-0777  Fax: 281-370-8585**
**JPCATTYLAW@comcast.net**

*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Texas

In re    **Fortis Exploration LLC**

Debtor(s)

Case No.
Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December  8, 2020**

**/s/ Ronnie Montgomery II**
**Ronnie Montgomery II/Managing Member**
Signer/Title

Alexis Lacaze
20503 Rosespring Lane
Spring, TX 77379


Andrew & Kathryn Benoit
1919 Walnut Green Drive
Houston, TX 77062


Andrew Benoit IRA
1919 Walnut Green Drive
Houston, TX 77062


Anthony & Denise Bielamowicz
18902 Chickadee Lane
Tomball, TX 77377


Barbara Maidenberg
2131 Cobblerstone Ct.
Sugar Land, TX 77479


Bill Dahl
2415 Meadow Tree Lane
Spring, TX 77388


Carl Mitchell
10000 Memorial Drive
Ste. 650
Houston, TX 77024


Cedar Hollow LP
2416 W. Tuschman
Pearland, TX 77581

Charles Swanson
7325 S. Platte River Pkwy
#202
Littleton, CO 80120


Charles Thomas IRA
7610 Allegro Ct.
Houston, TX 77040



Cheryll & Larry McGuire
2255 Eldridge Pkwy
Apt. 1613
Houston, TX 77077


David Cook
927 Poydras St.
Sugar Land, TX 77498


David Senger
333 Dominion Drive
#613
Katy, TX 77450


David Senger IRA
333 Dominion Drive
#613
Katy, TX 77450


Dennis Don
2510 Bay Winds Court
Houston, TX 77059



Elder Legacy Trust-George Patrick Elder
8700 Modesto Ave. NE
Albuquerque, NM 87122

Elder Legacy Trust-Kathleen Elder
10806 McClearen
Houston, TX 77096


Elder Living Trust
Elder Legacy Trust KAE


Eugene Mailloux IRA
2327 Contry Club Blvd.
Sugar Land, TX 77478


Forza
24900 Pitkin Road
#145
Spring, TX 77386


George & Linda Miller
124 Timber Top Drive
The Woodlands, TX 77360


Gray-Monroe Investments
C/O Mark & Mindy Stephenson
531 Ramblewood Road
Houston, TX 77079


Jack Bogle
2142 Stagecoach Drive
Canyon Lake, TX 78133


Jack Jennings
3323 Cumberland
Missouri City, TX 77459

Jack Roosa IRA
14611 Wisteria Hollow Lane
Houston, TX 77062


James Chennault
17419 Mareton Lane
Spring, TX 77379


James Strickler
18303 Champion Forest Drive
Spring, TX 77379


Jens Lobusch
4030 Pecan Lane
Kingwood, TX 77345


Jerry & Patricia Unrau
18618 Candelchase Drive
Spring, TX 77388


Joe & Lana Brown
3549 FM1781
Rockport, TX 78382


Joe Gephart
1507 Windsor Drive
Friendswood, TX 77546


John & Barbara Cohen
18206 Knotty Green Drive
Houston, TX 77084

John Alkire
2210 Butler
Friendswood, TX 77546


John Guidroz IRA (Fidelity)
221 Twin Lake
Rosenberg, TX 77471


John Hopkins
907 Caswell Court
Katy, TX 77450


Karl & Carol Schmidt
10547 Tall Oaks Ct.
Roscommon, MI 48653


Karl F. Schmidt
10547 Tall Oaks Ct.
Roscommon, MI 48653


Karolyn Gephart
1507 Windsor Drive
Friendswood, TX 77546


KSBJ Oil & Gas, Inc.
24900 Pitkin Road
Ste. 145
Spring, TX 77386


Larry & Denise Williams
12103 Beinhorn
Houston, TX 77065

Lee James
17718 Forest Park Lane
Spring, TX 77379-8761


Louis Ware
4631 FM389
Brenham, TX 77833


Mailloux Family Trust
C/O Eugene Mailloux
2327 Country Club Blvd.
Sugar Land, TX 77478


Mark Cochran
7 Riverway
#2104
Houston, TX 77056


Marvin & Sharon Strickland
7603 Pecan Lake Circle
Richmond, TX 77469


Mary Ann Wibner
2687 Edgegrove
Canyon Lake, TX 78133


Mary Kinsey
15895 County Road 4191
Lindale, TX 75771-7714


Michael & Gillian Davis
4934 Williams Court Lane
Houston, TX 77081-2101

Michael & Melanie Galie
20 Hannah Brook Waye
#11
Marshfield, MA 02050


Michael Pasek
506 Gulf Shore Drive
#604
Destin, FL 32541


Nicklaus Tiger LP
C/O Eugene Mailloux
2327 Country Club Blvd.
Sugar Land, TX 77478


Paul L. Sventek
1333 Eldridge Pkwy
#313
Houston, TX 77077


Phillip Mori
32826 Green Bend Ct.
Magnolia, TX 77354


Rachelle Goebel
1533 Perfection Drive
Montgomery, TX 77316


Randy Shoff IRA
9904 Soriano St.
Denton, TX 76207


Randy Shoff IRA
9904 Soriano St.
Denton, TX 76207

Rodney Roberts
9827 McMahon Ct.
Missouri City, TX 77459-6399


Rodney Schott
20145 Bandera Road
Helotes, TX 78023


Roger Hall
8324 Winninghan
Houston, TX 77055


Ron Shearer
172 Hermitage Drive
Montgomery, TX 77356


Ronald Sachs
4929 Valerie St.
Bellaire, TX 77401


Ronald Sachs
4929 Valerie St.
Bellaire, TX 77401


Ronnie Montgomery II
24900 Pitkin Road
#145
Spring, TX 77386


Ronnie Montgomery II
24900 Pitkin Rd.
#145
Spring, TX 77386

Ronnie Montgomery II
24900 Pitkin Rd.
#145
Spring, TX 77386


Scarlett Revocable Trust
9610 Windrush Drive
Houston, TX 77379


Scott & Sylvia Hawkins
1426 Stone Trail Lane
Sugar Land, TX 77479


Shirish & Prabha Desai
14306 Jaubert Ct.
Sugar Land, TX 77478


Sid & Jaquelyn Champagne
36715 Deer Valley
Magnolia, TX 77355


SL Reynolds
1515 Lakeville Drive
Ste. A
Kingwood, TX 77339


STA Wealth Management, LLC
One City Center
800 Town & Country Blvd.
Ste. 410
Houston, TX 77024


Steven Ege
2734 Whispering Fern
Kingwood, TX 77345

Steven Susaneck IRA
2303 Glen Lakes
Missouri City, TX 77459


Streettalk Premier Fund
One City Center
800 Town & Country Blvd.
Ste. 410
Houston, TX 77024

Susan Bogle
2142 Stagecoach Drive
Canyon Lake, TX 78133


The Crossbow
2142 Stagecoach Drive
Canyon Lake, TX 78133


Thomas Odom
5509 Aspen St.
Houston, TX 77081


Thomas, Mackenzie & Roberts
One City Center
800 Town & Country Blvd.
Ste. 410
Houston, TX 77024

Tre T. & Carla Banks
7127 Hartland
Houston, TX 77055


Vernon Harris
2614 Mockingbird Meadows Ct.
Spring, TX 77389

```
Waters Davis
8 Powderhorn
Houston, TX 77024


Wayne Blosat & V. Juarez
306 W. Drew St.
Houston, TX 77006
```

# United States Bankruptcy Court
## Southern District of Texas

In re    __Fortis Exploration LLC__ _____    Case No. _____

                                 Debtor(s)    Chapter    __7__ _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Fortis Exploration LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December  8, 2020__ _____      **/s/ Joseph P. Cannon** _____

Date                                   **Joseph P. Cannon**

Signature of Attorney or Litigant
Counsel for    **Fortis Exploration LLC** _____
**Joseph P. Cannon, Attorney At Law**
**6614 Barronton Drive**
**Ste. 100**
**Spring, TX 77389**
**713-960-0777 Fax:281-370-8585**
**JPCATTYLAW@comcast.net**